AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>March 5, 2008 |
| NAME OF SERVER (PRINT)<br>Dawn Russell | TITLE<br>Admin Assistant |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Corporation Counsel, 100 Church Street, NY, NY 10007
The City of New York, Department for the Aging

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  0 | SERVICES  0 | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-5-08  _____
             Date          Signature of Server

39 Broadway, #2420
New York, NY 10006

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.