UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

AURITELLA SANTOS,

                                          Plaintiff,

        -against-

THE CITY OF NEW YORK, DEPARTMENT FOR
THE AGING and EDWIN MENDEZ-SANTIAGO,

                                          Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

08 CV 10840 (AKH)

        **PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, now assigned to represent defendants The City of New York, Department for the Aging and Edwin Mendez-Santiago in the above-referenced action. Accordingly, I respectfully request that any future

-2-

correspondence or ECF notifications relating to this matter be addressed to me and that I be noted as Lead Counsel on the Docket Sheet.

Dated:     New York, New York
           March 28, 2008

                    MICHAEL A. CARDOZO
                    Corporation Counsel of the
                      City of New York
                    Attorney for Defendants
                    100 Church Street, Room 2-300
                    New York, N.Y. 10007
                    (212) 788-0924

                    By:      /s/
                          Andrez Carberry (AC 4267)
                          Assistant Corporation Counsel

To:    Traub & Traub, P.C.
        *Attorneys for Plaintiff*
        Doris G. Traub, Esq.,
        39 Broadway, Suite 2420
        New York, NY 10006
        212-732-0208

08-CV-10840 (AKH)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTERN DISTRICT OF NEW YORK |
| AURITELLA SANTOS,<br><br>                                                  Plaintiff,<br><br>                 -against-<br><br>THE CITY OF NEW YORK, DEPARTMENT FOR THE AGING and EDWIN MENDEZ-SANTIAGO,<br><br>                                                 Defendants. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br>*100 Church Street, Room 2-300*<br>*New York, New York  10007-2601*<br><br>*Of  Counsel:  Andrez Carberry*<br>*Tel.:  212-788-0924*<br>*Matter No.: 2008-007435* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ......................................, 200 . . .*<br><br>*....................................................................Esq.*<br><br>*Attorney for................  ..........................................* |