

**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ANDREZ CARBERRY
Assistant Corporation Counsel
Labor and Employment Law Division
Phone: (212) 788-0924
Fax: (212) 788-0940
E-mail: acarberr@law.nyc.gov

March 28, 2008

**VIA FACSIMILE**
Honorable Alvin K. Hellerstein
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Rm. 1050
New York, NY 10007

      Re: Auritela Santos v. City of New York, et al.,
           Docket No. 08-CV-01840 (AKH)

Dear Judge Hellerstein:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent defendants The City of New York, New York City Department ("DFTA") for the Aging and Edwin Mendez-Santiago in the above-referenced matter.

      As set forth more fully below, I write on behalf of defendants City of New York and DFTA to respectfully request an extension of time to respond to the complaint until April 4, 2008. Defendant Mendez-Santiago has executed a Waiver of Service form and, as result, has until May 5, 2008 to respond to the complaint. See Docket Sheet Entry No. 4. Plaintiff's attorney, Ms. Doris Traub, consents to my requested extension. The time for defendants City of New York and DFTA to respond to the complaint expired on March 25, 2008.

      Plaintiff is an Executive Secretary to the Commissioner of DFTA, now on leave of absence. Plaintiff brings this action after receiving a right to sue letter from the EEOC. Plaintiff contends that DFTA Commissioner Edwin Mendez-Santiago, DFTA and the City of New York, discriminated against her based on her gender, national origin and later retaliated against her for filling a claim of discrimination with the State Division of Human Rights in violation of Title VII of the Civil Rights Act of 1964 and the City Human Rights Law.

The reason this extension of time is needed is to provide defendants' counsel additional time to complete the investigation of plaintiff's claims before serving the defendants' response to the complaint.

Accordingly, I respectfully request an extension of the City's and DFTA's time to respond to the complaint in this action until April 4, 2008. No previous requests for this relief has been made by defendants.

Respectfully submitted,

Andrez Carberry (AC 4267)
Assistant Corporation Counsel

cc:  Traub & Traub, P.C. (Via Electronic Mail)
*Attorneys for Plaintiff*
Doris G. Traub, Esq.,
39 Broadway, Suite 2420
New York, NY 10006
212-732-0208

Apr 2 2008 2:58    P.04    Fax:2127880940    NYC LAW DEPARTMENT